EMILY F. McFARLAND ET AL. *v.* THE CHASE
MANHATTAN BANK, EXECUTOR AND TRUSTEE
(ESTATE OF JOHN H. BREWSTER)

The motion by the plaintiffs to dismiss the appeal
from the Superior Court in Fairfield County is
denied without prejudice to briefing and arguing all
jurisdictional claims at the hearing on the appeal.

*Curtiss K. Thompson* and *Robert N. Schmalz,* for
the appellees (plaintiffs).

*James R. Fogarty, Jr.,* for the appellant (defendant).

Argued January 2—decided January 2, 1973

WILLIAM C. LYDDAN *v.* PATRICIA E. LYDDAN

The plaintiff's motion to dismiss the appeal from
the Superior Court in Fairfield County at Stamford
is granted unless a request for a finding and draft
finding is filed by February 1, 1973.

*Douglas L. Shrader,* for the appellee (plaintiff).

*Patricia E. Lyddan,* pro se, the appellant (defendant).

Argued January 2—decided January 2, 1973

PATRICIA E. LYDDAN *v.* WILLIAM C. LYDDAN

The defendant's motion to dismiss the appeal
from the Superior Court in Fairfield County at
Stamford is granted unless a request for a finding
and draft finding is filed by February 1, 1973.

*Douglas L. Shrader,* for the appellee (defendant).

*Patricia E. Lyddan,* pro se, the appellant (plaintiff).